# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY RAY CHAMBERLAIN,** | : | **CIVIL ACTION NO: 1:12-CV-01272** |
| Petitioner | : | **(Chief Judge Conner)** |
| v. | : | |
| **JOHN E. WETZEL,** Secretary-designee, Pennsylvania Department of Corrections; **LOUIS B. FOLINO,** Superintendent of the State Correctional Institution at Greene; and **MARIROSA LAMAS,** Superintendent of the State Correctional Institution at Rockview, | : | **THIS IS A CAPITAL CASE** |
| Respondents | : | |

## ORDER

AND NOW, this 5th day of December, 2013, for the reasons set forth in the accompanying memorandum of this date, it is hereby ORDERED that:

1. Petitioner's motion for leave to file a petition for writ of habeas corpus in excess of the page limitation (Doc. 11) is GRANTED. The petition for writ of habeas corpus (Doc. 13) is accepted for filing.

2. Petitioner's motion to dismiss the petition for writ of habeas corpus without prejudice to allow petitioner to expeditiously exhaust federal claims in state court (Doc. 14) is GRANTED.

3. The petition for writ of habeas corpus (Doc. 13) is DISMISSED without prejudice.

4. The Clerk of Court shall CLOSE this case.

5. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania